EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>En ocasión del deceso de la Hon. Miriam Naveira Merly, ex Jueza Presidenta | 2018 TSPR 96<br><br>200 DPR ____ |

Número del Caso:  EM-2018-13


Fecha: 21 de mayo de 2018


Materia:  Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

En ocasión del deceso de la
Hon. Miriam Naveira Merly, ex
Jueza Presidenta

**Núm.** EM-2018-13

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de mayo de 2018.

El 15 de abril de 2018, falleció la Hon. Miriam Naveira Merly. La Hon. Naveira Merly fue una pionera en la profesión legal. El 11 de junio de 1985, fue la primera abogada en juramentar al cargo constitucional de Jueza Asociada del más Alto Foro Judicial del país. A partir del 1985, se desempeñó en el cargo de Jueza Asociada hasta que, el 30 de diciembre de 2003, se convirtió en la primera mujer en la historia que juramentó al cargo de Jueza Presidenta de este Tribunal. El 21 de julio de 2004, luego de diecinueve años de una carrera destacada en la Judicatura, por imperativo constitucional, se acogió al retiro.

La Hon. Naveira Merly nació en San Juan el 28 de julio de 1934, hija de Matilde Merly y Arturo Naveira. Cursó sus estudios primarios en el St. John's School en San Juan, Puerto Rico y obtuvo su grado de escuela superior en el año 1952 de la Academy of Mount St. Vincent en Nueva York.

En 1956, obtuvo su bachillerato en materia de Química del College of Mount St. Vincent, Nueva York. Luego regresó a Puerto Rico para cursar sus estudios en Derecho en la Escuela de Derecho de la Universidad de Puerto Rico. Al momento de comenzar sus estudios en la Facultad de Derecho, su clase estaba compuesta por

más de setenta estudiantes, de los cuales sólo nueve eran mujeres.[1]

La Hon. Naveira Merly obtuvo su *Juris Doctor* en el 1960 y juramentó como jurista el 18 de octubre de 1960. Inició su carrera profesional como oficial jurídico del Tribunal Supremo, primero del Juez Asociado, Hon. Lino Saldaña, y luego del Juez Presidente, Hon. Luis Negrón Fernández.

En 1969, se graduó de una maestría en leyes de Columbia University en Nueva York y regresó a Puerto Rico a ocupar varios puestos directivos dentro del Departamento de Justicia. Luego de completar un doctorado en leyes de Leiden University en Holanda, en 1973 se convirtió en la primera abogada en ocupar el cargo de Procuradora General de Puerto Rico; cargo que ocupó hasta el 1976. Desde el 1976 hasta el 1985, se destacó como profesora de derecho de la Universidad Interamericana.

Su designación como Jueza Asociada de este Tribunal en el 1985 representó un momento histórico de un impacto incalculable, no sólo para la Rama Judicial, sino para la sociedad puertorriqueña. Representó la ruptura de una importante barrera en una profesión que por décadas fue campo exclusivo de los hombres. Como Jueza del más Alto Foro, Naveira Merly inyectó la perspectiva de género al quehacer jurídico y luchó incansablemente contra las diversas manifestaciones del discrimen y la inviolabilidad de los derechos fundamentales como el derecho a la intimidad y privacidad en las diversas facetas del ser humano.

Como Jueza Presidenta, propulsó los cambios necesarios para poner en vigor la Ley de la Judicatura aprobada en el 2003, la que reestructuró gran parte de la Rama Judicial y procuró darle mayor acceso a la ciudadanía a los tribunales.[2]

Este Tribunal reconoce el valioso servicio prestado por la licenciada Naveira Merly a su país y su compromiso ineludible con la defensa de la independencia judicial y la dignidad del ser humano. Con su trascendental y robusta obra jurídica, así como su liderazgo, redefinió la Corte y fue ejemplo del rol de la mujer en nuestra sociedad moderna. Esta Rama de Gobierno y el país le estamos infinitamente agradecidos.

---

[1] Sesión Especial: Despedida Jueza Pres. Naveira Merly, 162 DPR XIII (2004).
[2] *Id.*, a la pág. XII.

Le expresamos nuestras condolencias a su hija Miriam Matilde Rodón Naveira y a su hijo Víctor Arturo Rodón Naveira, así como a sus demás familiares y amistades, ante tan sensible pérdida.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina